AO 442(Rev. 12/85) Warrant for Arrest

# UNITED STATES DISTRICT COURT

## DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

JAMIE NUNEZ

# WARRANT FOR ARREST

CASE NUMBER: 05- 76 M - 3



To: The United States Marshal
and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED** to arrest JAMIE NUNEZ when and as stated in the Criminal Complaint and Affidavit which are incorporated herein by reference and bring her to the nearest magistrate to answer a(n)

__ Indictment  Information  _X_ Complaint  __ Order of court  __ Violation Notice  __ Probation Violation Petition

charging her with (brief description of offense)

with intent to defraud, passing, uttering, and keeping in her possession counterfeited obligations of the United States, e.g., counterfeit $100 Federal Reserve notes,

in violation of Title _18_ United States Code, Section (s) _472._

| | |
|---|---|
| Honorable Mary Pat Thynge<br>Name of Issuing Officer | United States Magistrate Judge<br>District of Delaware<br>Title of Issuing Officer |
| [signature]<br>Signature of Issuing Officer | April 18, 2005   Wilmington, DE<br>Date and Location |
| Bail fixed at $ _____ | by _____<br>Name of Judicial Officer |

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____
                Jamie Nunez

| DATE RECEIVED<br>4-18-05 | NAME AND TITLE OF ARRESTING OFFICER<br>/s/<br>William David Dixon | SIGNATURE OF ARRESTING OFFICER<br>William Law |
|---|---|---|
| DATE OF ARREST<br>4-18-05 | | |

AO 442 (Rev. 12/85) Warrant for Arrest